1
2
3
4
5
6
7
8   UNITED STATES DISTRICT COURT
9   WESTERN DISTRICT OF WASHINGTON
    AT TACOMA

10  JAMES W. ROLLINS,

11                  Plaintiff,           CASE NO. 3:17-cv-05943-RBL-JRC

12       v.                              REPORT AND RECOMMENDATION

13  GARY WAKEMAN, et al.,                NOTED FOR: JUNE 1, 2018

14                  Defendants.

15

16      This 42 U.S.C. § 1983 civil rights matter has been referred to the undersigned Magistrate

17  Judge pursuant to 28 U.S.C. §§ 636 (b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 1,

18  MJR 3, and MJR 4.

19      Plaintiff James W. Rollins filed his complaint without a filing fee or an application to

20  proceed *in forma pauperis* ("application for IFP") in November of 2017. Dkt. 1. The Clerk sent

21  him a letter explaining that he must either submit the filing fee or an application for IFP, or his

22  case may be dismissed, that same month. Dkt. 2. The Clerk sent a second letter, again advising

23
24

1 | plaintiff that he must correct his deficiency or the case may be dismissed in March of 2018. Dkt.
2 | 3. Plaintiff still has not responded.

3 | Therefore, because plaintiff has failed to either pay the filing fee or file an application for
4 | IFP and has otherwise failed to prosecute his case, the Court recommends this action be
5 | dismissed without prejudice.

6 | Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have
7 | fourteen (14) days from service of this Report to file written objections.  *See also* Fed. R. Civ. P.
8 | 6.  Failure to file objections will result in a waiver of those objections for purposes of *de novo*
9 | review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a result in a waiver
10 | of those objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140 (1985); *Miranda v.*
11 | *Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit
12 | imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on **June 1, 2018**
13 | as noted in the caption.

14 | Dated this 15th day of May, 2018.

15
16 |                                         J. Richard Creatura
17 |                                         United States Magistrate Judge

REPORT AND RECOMMENDATION - 2